ORIGINAL



**FILED**

DEC - 6 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In Re: | ) Chapter 13 |
| | ) |
| BULMARO G OCHOA | ) Case No. 05-55749 CN |
| | ) |
| ELIA AGUAYO | ) **NOTICE OF UNCLAIMED DIVIDEND** |
| | ) |
| Debtors | ) |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2480302 for an unclaimed dividend in the amount of $1.39. The name and address of the claimant entitled to the unclaimed dividend is as follows;

BULMARO G OCHOA
ELIA AGUAYO
1218 RIDER AVE
SALINAS, CA 93905

Dated: December 02, 2010

DEVIN DERHAM-BURK, TRUSTEE